<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BART DOE,<br><br>      Plaintiff,<br><br>v.<br><br>THE CITY OF JERSEY CITY BOARD OF EDUCATION, et al.,<br><br>      Defendants. | Civil Action No: 21-20223(SDW)(MAH)<br><br>**ORDER**<br><br><br>April 18, 2022 |

**WIGENTON**, District Judge.

  This matter, having come before this Court on Defendant The City of Jersey City Board of Education's ("Defendant") Motion to Vacate Default entered against it on February 8, 2022 (D.E. 10), and this Court having considered the parties' submissions, for the reasons stated in this Court's Letter Opinion dated April 18, 2022,

  **IT IS** on this 18th day of April, 2022

  **ORDERED** that Defendant's Motion to Vacate Default (D.E. 10) is **GRANTED**; it is

  **ORDERED** that Plaintiff's Motion for Default Judgment (D.E. 8) is **DENIED** as moot; and it is further **ORDERED** that the Court grants Defendant twenty (20) days from the filing of this Order to file an answer, motion, or other responsive pleading.

                     /s/ Susan D. Wigenton  
                     **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
      Michael A. Hammer, U.S.M.J.
      Parties